# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bauknight, Suzanne H. | U.S. Bankruptcy Court, Eastern District of Tennessee | 05/12/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

800 Market Street, Suite 330
Knoxville, TN 37902

*IMPORTANT NOTES: **The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.***

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Employee (adjunct professor) | University of Tennessee College of Law, Knoxville, TN |
| 2. | Associate Editor and Board Member | American Bankruptcy Law Journal (National Conference of Bankruptcy Judges) |
| 3. | Managing Editor, Conference News | National Conference of Bankruptcy Judges |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 11/2019 | University of Tennessee College of Law - teaching | $3,300.00 |
| 2. 2019 | Associate Editor, American Bankruptcy Law Journal, National Conference of Bankruptcy Judges | $6,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Powell United Methodist Church; employment |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Mid-South Commercial Law Institute | 12/11/19 - 12/13/19 | Nashville, TN | seminar faculty | lodging, meals, tuition |
| 2. | National Conference of Bankruptcy Judges | 10/29/19 - 11/02/19 | Washington, DC | professional association meeting | lodging, travel |
| 3. | Tennessee Bar Association | 04/05/19 - 04/07/19 | Gatlinburg, TN | seminar faculty | lodging, travel, meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Bauknight, Suzanne H. | 05/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. Bard College at Simon's Rock | Tuition, Room & Board | None |
| 2. Home Depot | Revolving Credit Card | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bauknight, Suzanne H. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. LPL Financial Trad'l IRA (H) | | | | | | | | | |
| 2. -Cash - Goldman Sachs | A | Interest | J | T | | | | | |
| 3. -PIMCO Income Cl A | A | Dividend | | | Sold | 01/07/19 | J | A | |
| 4. -Oppenheimer Developing Markets Cl A | A | Dividend | J | T | Buy<br>(add'l) | 04/30/19 | J | | |
| 5. | | | | | Sold<br>(part) | 01/07/19 | J | A | |
| 6. | | | | | Sold<br>(part) | 07/16/19 | J | A | |
| 7. -Ishares Core S&P Small Cap ETF | A | Dividend | | | Sold | 04/30/19 | J | A | |
| 8. -Berkshire Hathaway in DE CL B BRK/B | | None | | | Sold<br>(part) | 01/07/19 | J | A | |
| 9. | | | | | Sold | 07/16/19 | J | A | |
| 10. -Blackrock Total Return Instl MAHQX | A | Dividend | K | T | Sold<br>(part) | 01/07/19 | J | A | |
| 11. | | | | | Buy<br>(add'l) | 03/12/19 | J | | |
| 12. | | | | | Buy<br>(add'l) | 04/30/19 | J | | |
| 13. | | | | | Sold<br>(part) | 07/16/19 | J | A | |
| 14. -IShares Core S&P Mid Cap ETF UH | A | Dividend | | | Sold<br>(part) | 03/12/19 | J | A | |
| 15. | | | | | Sold | 04/30/19 | J | A | |
| 16. -JPMorgan Global Bond Opptys CL 1<br>GBOSX | A | Dividend | | | Sold<br>(part) | 01/07/19 | J | A | |
| 17. | | | | | Sold | 04/30/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bauknight, Suzanne H. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 18. -John Hancock Intl Growth Cl 1 GOGIX | A | Dividend | | | Buy (add'l) | 01/07/19 | J | | |
| 19. | | | | | Sold | 03/12/19 | J | A | |
| 20. -IShares Core S&P US Value ETF IUSV | A | Dividend | K | T | Sold (part) | 01/07/19 | J | A | |
| 21. | | | | | Buy (add'l) | 03/12/19 | J | | |
| 22. | | | | | Sold (part) | 07/16/19 | J | A | |
| 23. -IShares Core S&P US Growth ETF IUSG | A | Dividend | K | T | Sold (part) | 01/07/19 | J | A | |
| 24. | | | | | Sold (part) | 07/16/19 | J | A | |
| 25. -Blackrock Strategic Mun Opptys MAMTX | A | Dividend | J | T | Sold (part) | 01/07/19 | J | A | |
| 26. | | | | | Buy (add'l) | 04/30/19 | J | | |
| 27. | | | | | Sold (part) | 07/16/19 | J | A | |
| 28. -Blackrock Strategic Income Opptys BSIIX | A | Dividend | J | T | Sold (part) | 01/07/19 | J | A | |
| 29. | | | | | Sold (part) | 04/30/19 | J | A | |
| 30. | | | | | Sold (part) | 07/19/19 | J | A | |
| 31. -Columbia Floating Rate Instl CL CFRZX | A | Dividend | | | Sold (part) | 01/07/19 | J | A | |
| 32. | | | | | Sold | 03/12/19 | J | A | |
| 33. -IShares Edge MSCI Min Volatility ETF USMV | A | Dividend | J | T | Sold (part) | 01/07/19 | J | A | |
| 34. | | | | | Buy (add'l) | 04/30/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bauknight, Suzanne H. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -Ishares Core MSCI EAFE ETF (IEFA) | A | Dividend | J | T | Buy | 03/12/19 | J | | |
| 36. | | | | | Sold (part) | 07/16/19 | J | A | |
| 37. -Ishares US Treasury Bond ETF (Govt) | A | Dividend | J | T | Buy | 04/30/19 | J | | |
| 38. | | | | | Sold (part) | 07/16/19 | J | A | |
| 39. -Morgan Stanley Instl Intl Advantage Cl 1 (MFAIX) | A | Dividend | J | T | Buy | 03/12/19 | J | | |
| 40. | | | | | Sold (part) | 07/16/19 | J | A | |
| 41. -Pimco Income Cl 12 (PONPX) | A | Dividend | J | T | Buy | 04/30/19 | J | | |
| 42. LPL Financial ROTH IRA #2 (H) | | | | | | | | | |
| 43. -Cash - Goldman Sachs | A | Interest | | | | | | | |
| 44. -Ishares Core S&P Total US Stock Market ETF | A | Dividend | | | Sold | 07/16/19 | J | A | |
| 45. -Blackrock Strategic Income Opptys Investors Cl A | A | Dividend | | | Sold | 07/16/19 | J | A | |
| 46. -Pimco All Asset All Authority Cl A (class exch to Cl 12) | A | Dividend | | | Sold | 07/16/19 | J | A | |
| 47. Holston Methodist Fed'l CU (Cash Accounts) | A | Interest | J | T | | | | | |
| 48. LPL Financial (Cash Account) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bauknight, Suzanne H.** | 05/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Bauknight, Suzanne H. | 05/12/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Suzanne H. Bauknight**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544